# **EXHBIT B**

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| MICHAELA SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY,<br><br>   Defendants | Civil Action No. 2021 CA 000959 B |

### NOTICE TO SUPERIOR COURT OF FILING OF REMOVAL TO FEDERAL COURT

TO: Clerk of the Superior Court  Michaela Smith, Plaintiff
   Historic Courthouse     c/o Amy Norris, Esq.
   430 E Street NW      Anna Nathanson, Esq.
   Washington, D.C. 20001   Norris Law Group
              616 E Street NW, Suite 1156
              Washington, DC 20004

  Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notify the Court that on today, April 5, 2021, Defendant filed in the United States District Court for the District of Columbia, a Notice of Removal of this lawsuit, a copy of which is attached.

  Pursuant to 28 U.S.C. § 1446(d), the Superior Court of the District of Columbia may not proceed further with the case.

April 5, 2021          Respectfully submitted,

                **HOWARD UNIVERSITY**
                _____/s/_____
                Zachary I. Shapiro
                Senior Associate General Counsel
                D.C. Bar # 1021639
                Howard University
                2400 Sixth Street, N.W.
                Washington, D.C. 20059
                T: 202-806-2664
                E-mail: Zachary.shapiro@howard.edu

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2021, I filed the foregoing NOTICE TO D.C. SUPERIOR COURT OF FILING OF REMOVAL TO FEDERAL COURT via CaseFileExpress thereby serving Plaintiff's counsel of record.

                                              /s/
                                    Zachary I. Shapiro