# EXHIBIT B

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MICHAELA SMITH,

        Plaintiff,

    v.

HOWARD UNIVERSITY,

        Defendants

Civil Action No. 2021 CA 000959 B

---

## NOTICE TO SUPERIOR COURT OF FILING OF REMOVAL TO FEDERAL COURT

TO:      Clerk of the Superior Court     Michaela Smith, Plaintiff
           Historic Courthouse             c/o Amy Norris, Esq.
           430 E Street NW                Anna Nathanson, Esq.
           Washington, D.C. 20001       Norris Law Group
                                        616 E Street NW, Suite 1156
                                        Washington, DC 20004

Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notify the Court that on today, April 5, 2021, Defendant filed in the United States District Court for the District of Columbia, a Notice of Removal of this lawsuit, a copy of which is attached.

Pursuant to 28 U.S.C. § 1446(d), the Superior Court of the District of Columbia may not proceed further with the case.

April 5, 2021                Respectfully submitted,

                           **HOWARD UNIVERSITY**
                                  /s/
                           Zachary I. Shapiro
                           Senior Associate General Counsel
                           D.C. Bar # 1021639
                           Howard University
                           2400 Sixth Street, N.W.
                           Washington, D.C. 20059
                           T: 202-806-2664
                           E-mail: Zachary.shapiro@howard.edu

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I filed the foregoing NOTICE TO D.C. SUPERIOR COURT OF FILING OF REMOVAL TO FEDERAL COURT via CaseFileExpress thereby serving Plaintiff's counsel of record.


_____/s/_____
Zachary I. Shapiro