**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAELA SMITH** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.: 1:21-cv-00920-APM** |
| **v.** ) | |
| ) | |
| **HOWARD UNIVERSITY** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Nathiya Nagendra, Associate General Counsel for Litigation at Howard University, as counsel for Defendant.

April 14, 2021                    Respectfully submitted,


/s/ *Nathiya Nagendra*
Nathiya Nagendra
D.C. Bar #1031055
Associate General Counsel
HOWARD UNIVERSITY
Office of the General Counsel
2400 Sixth Street, N.W.
Washington, D.C. 20059
T: 202-806-2650
E-mail: nathiya.nagendra@howard.edu

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Entry of Appearance was filed electronically on April 14, 2021 and thereby served on counsel of record.

*/s/ Nathiya Nagendra*
Nathiya Nagendra