IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAELA SMITH | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:21-cv-00920-APM |
| v. | ) ) | |
| HOWARD UNIVERSITY | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S CONSENT MOTION
## FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING

NOW COMES Defendant Howard University ("Howard" or "Defendant") by and through undersigned counsel, with the consent of Plaintiff, files this Consent Motion for Extension of Time to File its Responsive Pleading. For the reasons more thoroughly provided in the accompanying Memorandum, and pursuant to Fed. R.s Civ. Pro. 6(b) and 12(a), as well as the Local Rules for the United States District Court for the District of Columbia, Defendant hereby respectfully moves this Court for an extension of time until June 7, 2021 to file its responsive pleading.

April 14, 2021

Respectfully submitted,

**HOWARD UNIVERSITY**

/s/ *Nathiya Nagendra*
Zachary I. Shapiro
Senior Associate General Counsel
D.C. Bar # 1021639
Nathiya Nagendra
Associate General Counsel
D.C. Bar # 1031055
Howard University
2400 Sixth Street, N.W.

Washington, D.C. 20059  
T: 202-806-2664  
Email: Zachary.Shapiro@howard.edu

**LCvR 7(m) CERTIFICATE OF CONFERENCE**

On April 5, 2021, undersigned contacted counsel for Plaintiff to determine Plaintiff's position on the relief sought by Howard in the instant Motion. On April 8, 2021, counsel for Plaintiff provided their consent for the instant Motion via a telephone call with undersigned. Counsel for Plaintiff further confirmed their consent via e-mail on April 13, 2021.

/s/ *Nathiya Nagendra*  
Zachary I. Shapiro  
Nathiya Nagendra

**CERTIFICATE OF SERVICE**

This Motion was filed via ECF/Pacer on April 14, 2021 and thereby served on counsel of record.

/s/ *Nathiya Nagendra*  
Zachary I. Shapiro  
Nathiya Nagendra