# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA SMITH  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>HOWARD UNIVERSITY  )<br>)<br>Defendant.  )<br>) | Case No.: 1:21-cv-00920-APM |

## DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS CONSENT MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING

Defendant Howard University ("Howard" or "Defendant") by and through undersigned counsel, with the consent of Plaintiff, hereby requests an extension of time through June 7, 2021 to file its responsive pleading in this matter. In further support, Howard states as follows:

1. On March 22, 2021, Plaintiff filed a Complaint alleging Breach of Contract and Discrimination pursuant to Title IX of the Education Amendments of 1972 in the Superior Court of the District of Columbia. A summons was issued on March 26, 2021.

2. On April 5, 2021, Defendant filed a Notice of Removal with this Court requesting that the instant action be removed to the United States District Court for the District of Columbia. (ECF Dkt. #1).

3. On April 6, 2021, the Court issued a Notice to Counsel that the above-entitled action had been filed and assigned to Judge Amit P. Mehta. (ECF Dkt. #3).

4. On April 8, 2021, counsel for Defendant agreed to retroactively accept service of the Complaint as of March 31, 2021, the date on which counsel for Plaintiff provided a copy of the Complaint and Summons to counsel for Defendant via e-mail.

5. On April 8, 2021, counsel for Plaintiff provided their consent for Defendant's request for an extension of time to file its responsive pleading.

6. As such, Defendant, with the consent of Plaintiff, requests that its responsive pleading be filed on or by June 7, 2021.

7. A brief extension would not prejudice either party as there are no hearings, deadlines, or other matters currently scheduled before the Court.

As such, and for the good cause shown, Defendant respectfully requests an extension until June 7, 2021 to file its responsive pleading.

April 14, 2021                                   Respectfully submitted,

                                                  **HOWARD UNIVERSITY**

/s/ *Nathiya Nagendra*
Zachary I. Shapiro
Senior Associate General Counsel
D.C. Bar # 1021639
Nathiya Nagendra
Associate General Counsel
D.C. Bar # 1031055
Howard University
2400 Sixth Street, N.W.
Washington, D.C. 20059
T: 202-806-2664
Email: Zachary.Shapiro@howard.edu