**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MICHAELA SMITH** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.: 1:21-cv-00920-APM** |
| **v.** ) | |
| ) | |
| **HOWARD UNIVERSITY** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to File its

Responsive Pleading, it is this _____ day of _____, 2021 hereby

ORDERED that Defendant's responsive pleading be filed on or before June 7, 2021.

So Ordered.

_____
The Hon. Amit P. Mehta
U.S. District Judge