UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAELA SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00920-APM |
| | ) | |
| | ) | Judge Amit P. Mehta |
| **HOWARD UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## FERPA ORDER

This matter comes before the Court on the consent motion of defendant Howard University (the "University") for an Order relating to the production of documents in discovery that may be protected from disclosure under the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g.

Whereas FERPA prohibits the disclosure of personally identifiable information from the "education records" ("FERPA-Protected Information") of students and/or former students of the Howard University other than Plaintiff ("Howard Students") without their consent; and

Whereas the Plaintiff is seeking, through her discovery requests to the University, certain FERPA-Protected Information from the education records of one or more Howard Students other than Plaintiff which the University may not disclose absent a court order and notice to affected individuals as required by FERPA (20 U.S.C. § 2032g(b)(2)(B));

Whereas the Defendant reserves the right to object to any discovery request by Plaintiff seeking FERPA-protected information from any Howard Students; and

Whereas, upon consideration of this motion and the record herein it appears that there

is good cause to grant the motion; it is

    ORDERED that the motion is hereby GRANTED; it is

    FURTHER ORDERED that on or before the date which is three (3) weeks after the Court enters this Order, unless the University objects to discovery about Howard Students other than Plaintiff, the University shall send to any Howard Students other than Plaintiff whose FERPA-Protected Information would be disclosed by an interrogatory answer or document production a Notice stating that:

    (A)   FERPA-Protected Information has been requested in discovery by one or more of the parties in this case; and

    (B)   any Howard Student who wishes to object to the disclosure of FERPA-Protected information about himself or herself must notify the University (through its counsel) in writing of any objection to such disclosure, and the reason for such objection, within twenty-one (21) days of the University's sending of the Notice to the Howard Student either (a) by electronic mail to the Howard Student's University email addresses (for current students), (b) if known, the Howard Student's personal email address, or (c) by first-class mail to the Howard Student's last known mailing addresses; and it is

    FURTHER ORDERED that upon receiving a Howard Student's written objection to the disclosure of his or her FERPA-Protected Information, the University shall forthwith bring that objection to the Court's attention; and it is

    FURTHER ORDERED that the University shall not release any FERPA-Protected Information in discovery until the twenty-one (21) day objection period has expired without any objection or until the Court has made a ruling on the release of information when an objection is made;

FURTHER ORDERED that documents and information produced under this Order shall also be subject to any Protective Order entered, or to be entered, in this case that relates to confidential personal, financial, business, or other information, except for documents or information relating to Howard Students' involvement in the Honor Council committee that considered the Laboratory Examination that Plaintiff took on January 28, 2019 or Howard Students' involvement in other parts of Defendant's disciplinary and expulsion process against Plaintiff.

SO ORDERED:

Date:   _____
                                                                      \_ Hon. Amit P. Mehta

**COPIES TO:**   United States District Judge

Amy E. Norris, Esq.
Norris Law, PLLC
616 E Street, NW, Suite 1156
Washington, DC  20004
*Counsel for Plaintiff*

Daniel I. Prywes, Esq.
Rebecca K. Connolly, Esq.
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, NW, Suite 600
Washington, D.C.  20005

Zachary I. Shapiro, Esq.
Nathiya Nagendra, Esq.
Office of General Counsel
Howard University
2400 Sixth Street, NW, Suite 321
Washington, DC  20059
*Counsel for Defendant*