## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAELA SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 1:21-cv-00920-APM** |
| ) | |
| ) | **Judge Amit P. Mehta** |
| **HOWARD UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

_____

### DEFENDANT HOWARD UNIVERSITY'S NOTICE IN RESPONSE TO COURT'S MINUTE ORDER DATED JANUARY 26, 2023

Defendant Howard University (the "University") hereby provides notice to the Court relating to the Court's January 26, 2023 Minute Order (the "Minute Order"). In that Order, the Court required the University to inform two former students (Students A and B) who objected to the disclosure of their FERPA-protected material that they could file a response with the Court to Plaintiff's motion to access such material, due on February 9, 2023.

The University sent such notice to the two objecting former students.

Student B wrote to Defendant's counsel (instead of the Court) and withdrew his or her objection to the disclosure of his or her FERPA-protected information, stating:

> "I have no objection to the motion to release, under seal, my FERPA-protected information to the extent necessary."

The University also notified Student A of the Minute Order, but received no response.

                                      Respectfully submitted,

| | |
|---|---|
| Zachary I. Shapiro (D.C. Bar No. 1021639) | /s/ Daniel I. Prywes<br>Daniel I. Prywes (D.C. Bar No. 342394) |
| Nathiya Nagendra (D.C. Bar No. 1031055) | Rebecca K. Connolly (D.C. Bar No. 1742372) |
| Office of General Counsel | MORRIS, MANNING & MARTIN, LLP |
| Howard University | 1401 Eye Street, NW, Suite 600 |
| 2400 Sixth Street, NW, Suite 321 | Washington, DC  20005 |
| Washington, DC  20059 | Phone:   (202) 971-4182 |
| Phone:  (202) 806-2664 | Fax:       (202) 408-5146 |
| zachary.shapiro@Howard.edu | dprywes@mmmlaw.com |
| nathiya.nagendra@Howard.edu | rconnolly@mmmlaw.com |
| | |
| Date:  February 10, 2023 | *Counsel for Defendant Howard University* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2023, I caused the foregoing to be served upon the following through the Court's ECF system:

> Amy E. Norris, Esq.
> Anna Nathanson, Esq.
> Norris Law, PLLC
> 616 E Street, NW, Suite 1156
> Washington, DC  20004
> norris.ae@gmail.com
> anna@norrislawgroup.org
>
> *Counsel for Plaintiff*

/s/ Rebecca K. Connolly
Rebecca K. Connolly