UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-CV-00920 (APM) |
| HOWARD UNIVERSITY | ) ) ) |
| Defendant. | ) |

_____

**ORDER**

Upon consideration of the parties' joint motion for leave to file under seal their respective summary judgment briefs, and supporting papers, and for a seven-day delay in public filing public versions, the entire record, and for good cause shown;

IT IS HEREBY ORDERED

1. That the parties' motion is GRANTED.

2. That Defendant and Plaintiff are granted leave to file under seal their respective briefs on their forthcoming motions for summary judgment, as well as supporting papers including fact statements and exhibits.

3. That Defendant and Plaintiffs shall not be required to file public versions of their sealed summary judgment papers until seven (7) days after the sealed versions are filed.

SO ORDERED this ____ day of _____, 2023:

_____
Honorable Amit P. Mehta
U.S. District Judge