# DEFENDANT'S EXHIBIT INDEX

*Michaela Smith v. Howard University*

Defendant's Statement of Material Undisputed Facts – Exhibit Index

| Exhibit No. | Date | Document | Confidentiality Designation |
|---|---|---|---|
| **Deposition Transcripts** | | | |
| 1 | 03/20/2023 | Deposition Transcript of Michaela Smith (Excerpts) | Confidential |
| 2 | 03/27/2023 | Deposition Transcript of Dr. Debra H. Ford (Excerpts) | Confidential |
| **Interrogatory Answers** | | | |
| 3 | 01/09/2023 | Defendant's Responses to Plaintiff's Interrogatories | Confidential |
| 4 | 10/28/2022 | Plaintiff's Amended Responses to Defendant's Set of Interrogatories | Confidential |
| **Answers to Request for Admissions** | | | |
| 5 | 12/21/2022 | Plaintiff's Response to Defendant's First Set of Requests for Admissions | |
| **Attachments to Defendant's Request for Admissions** | | | |
| 6 | 01/26/2018 | M. Smith Leave of Absence Letter (HU RFA Exhibit C) | |
| 7 | 03/22/2019 | Email from D. Thomas to M. Smith regarding Honor Council Committee Hearing (HU RFA Exhibit H) | |
| 8 | 03/25/2019 | Email from D. Thomas to M. Smith with Formal Notice (HU RFA Exhibit I) | |
| 9 | 04/05/2019 | Email from D. Thomas to M. Smith with New Hearing Date and Letter (HU RFA Exhibit K) | |
| 10 | 05/17/2019 | Email from D. Ford to M. Smith regarding Structure and Function Unit 2 Final Grade (HU RFA Exhibit M) | |
| **Declarations** | | | |
| 11 | 02/09/2023 | Declaration of Philise Williams, M.D., Ph.D. | |

*Michaela Smith v. Howard University*

Defendant's Statement of Material Undisputed Facts – Exhibit Index

| | | | | |
|---|---|---|---|---|
| 12 | | 06/12/2023 | Declaration of Clive O. Callender, M.D. | Confidential |
| | A | 03/25/2019 | Letter from Dr. Callendar to M. Smith regarding complaint (Callender Declaration Exhibit A) (HCOM_000510) | Confidential |
| | B | 03/29/2019 | Email from Dr. Callendar to D. Thomas regarding HCC hearing (Callender Declaration Exhibit B (HCOM_000795) | Confidential |
| | C | 04/16/2019 | Honor Council Meeting Minutes (Callender Declaration Exhibit C) (HU RFA Exhibit L) (Smith Dep. Ex. 121) | Confidential |
| | D | 11/13/2018 | Honor Council Meeting Minutes (Callender Declaration Exhibit D) | Confidential |
| | E | 01/28/2019 | Honor Council Meeting Minutes (Callender Declaration Exhibit E) | Confidential |
| 13 | | 06/21/2023 | Declaration of Hugh E. Mighty, M.D., M.B.A, FACOG | |
| **Other Documents** | | | | |
| 14 | | 07/26/2017 | Renewed Resolution of the COM on Professional Standards (HU RFA Exhibit B) (Smith Dep. Ex. 3) | |
| 15 | | 12/4/2018 – 02/11/2019 | SF2 Syllabus (HCOM_004028) (HU RFA Exhibit D) (Smith Dep. Ex. 25) | |
| 16 | | 01/28/2019 | M. Smith Structure and Function Anatomy Practical Answer Sheet (HU RFA Exhibit E) (Smith Dep. Ex. 38) | |
| 17 | | 01/28/2019 | M. Smith Structure and Function Anatomy Practical Challenge (HU RFA Exhibit F) (Smith Dep. Ex. 1) | |
| 18 | | 03/11/2019 | Email from C. Callender to D. Ford regarding Honor Council Referral (HCOM_001969) (Smith Dep. Ex. 80) | |
| 19 | | 03/26/2019 | 2018-2019 Howard University College of Medicine Policies and Procedures Manual (HCOM_000653) (Smith Dep. Ex. 100) | |

*Michaela Smith v. Howard University*

Defendant's Statement of Material Undisputed Facts – Exhibit Index

| | | | |
|---|---|---|---|
| 20 | 03/27/2019 | Email from D. Thomas to M. Smith with Formal Complaint (HCOM_000776) (HU RFA Exhibit J) (Smith Dep. Ex. 103) | |
| 21 | 04/15/2019 | Email from D. Rose to M. Smith regarding meeting (HCOM_004014) (Smith Dep. Ex. 114) | |
| 22 | 04/16/2019 | Email from Student to D. Thomas regarding Honor Council Hearing (HCOM_002382) | |
| 23 | 05/09/2019 | M. Smith SF 2 Final Grade 2018 (HCOM-000891) (Smith Dep. Ex. 130) | |
| 24 | 05/23/2019 | M. Smith P&G Committee Letter (HCOM_000915) (Smith Dep. Ex. 140) | |
| 25 | 05/23/2019 | Letter from D. Ford to M. Smith (HCOM_000921) | |
| 26 | 05/28/2019 | Plaintiff Claimed Promotions and Graduations Committee Appeal (HU RFA Exhibit O) (Smith Dep. Ex. 152) | |
| 27 | 05/31/2019 | Email from M. Smith to D. Ford regarding Appointment for Review of Academic Record (HCOM_000978) (Smith Dep. Ex. 155) | |
| 28 | 06/12/2019 | Notice of Final Disposition (HCOM_000985) (Smith Dep. Ex. 163) | |
| 29 | 06/12/2019 | Letter from H. Mighty to Student regarding (HCOM_003206) | Confidential |
| 30 | 07/08/2019, 07/10/2019, 07/14/2019 | Student Complaint (HCOM_001079), M. Smith Request for Intervention (HCOM_001083), and Student Complaint (HCOM_001111) | |
| 31 | 2018-2019 | Student Handbook Excerpts (HCOM_000196) (Smith Dep. Ex. 178) | |
| 32 | 07/26/2019 | Provost Letter of Response to Appeal (HU RFA Exhibit T) (HCOM_001139) | |

| 33 | 04/26/2019 | Email from C. Callendar to D. Thomas regarding Honor Council Meeting Minutes (HCOM_002052) | |