# EXHIBIT A

Rebecca K. Connolly, Esq.<br>
Morris, Manning & Martin, LLP<br>
1401 Eye Street, NW, Suite 600<br>
Washington, DC 20005<br>
rconnolly@mmmlaw.com

Objection to Discovery Request

To whom it concerns,
I am formally objecting to the discovery request. I do not authorize the use of my academic records in this lawsuit or any other.


Yours Truly,

10/1/2023