UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAELA SMITH,** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 21-cv-920 (APM) |
| **HOWARD UNIVERSITY,** | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 63, the court grants Defendant's Motion for Summary Judgment, ECF Nos. 42, 45, and denies Plaintiff's Motion for Summary Judgment, ECF Nos. 43, 44. Accordingly, judgment is hereby entered in favor of Defendant.

This is a final, appealable order.

Dated: March 21, 2024

Amit P. Mehta
United States District Court Judge